IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHOICE HOTELS INTERNATIONAL, INC., *et al.*, | : : | |
| Petitioners, | : : | |
| v. | : : | Civil No. 2:23-cv-03360-JMG |
| Jai Sai Baba LLC, *et al.*, | : : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this 11th day of September, 2025, upon consideration of Petitioners' Application for Confirmation of Arbitral Award (ECF No. 1), Respondents' Response in Opposition to Petitioners' Application for Confirmation of Arbitral Award (ECF No. 14), Respondents' Motion to Vacate the Arbitration Award (ECF No. 16), Petitioners' Response in Opposition to Respondents' Motion to Vacate the Arbitral Award (ECF No. 31), **IT IS HEREBY ORDERED** that Petitioners' Motion (ECF No. 1) is **GRANTED** and Respondents' Motion (ECF No. 16) is **DENIED. IT IS FURTHER ORDERED** that:

1. Judgment shall be entered against Respondents in the amount of $645,770.43.

2. Respondents shall pay post-judgment interest in accordance with 28 U.S.C. § 1961 from the date that the Court enters judgment confirming the Final Award until the date Judgment is satisfied; and

3. The Court shall retain jurisdiction for the purposes of further proceedings necessary to enforce this Court's Judgment.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge